**A. C. WOODMAN, Appellant, v. STEAUA ROMANA SOCIETATE ANONIMA PENTRU INDUSTRIA PETROLEULUI OF BUCHAREST, Appellee.**

No. 4904.

Circuit Court of Appeals, Third Circuit.

Oct. 24, 1932.

For opinion below, see —— F. Supp. · ——.

Wm. Clarke Mason, of Philadelphia, Pa., for appellant.

T. Henry Walnut, of Philadelphia, Pa., for appellee.

PER CURIAM.

On consideration of the stipulation of the parties herein filed, it is now here ordered, adjudged, and decreed by this court that the decree of the said District Court in this cause be, and the same is hereby, reversed, and the said District Court is hereby directed to enter a decree in favor of the defendant, A. C. Woodman, above named, without costs to either party as against the other.

**K. K. WOODSIDE, Appellant, v. UNITED STATES of America, Appellee.**

No. 3369.

Circuit Court of Appeals, Fourth Circuit.

Oct. 3, 1932.

See, also, 60 F.(2d) 823.

Paul W. Kear, U. S. Atty., of Norfolk, Va., and Callom B. Jones, Asst. U. S. Atty., of Richmond, Va.

PER CURIAM.

Appeal dismissed on motion of appellee.

**John L. ZURBRICK, District Director of Immigration, v. Nicolas BALOGH.**

No. 6308.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

Gregory H. Frederick, U. S. Atty., and Chas. B. W. Aldrich, Asst. U. S. Atty., both of Detroit, Mich., for appellant.

Payne & Payne, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.